Form 196 – ntcadminerror

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.: 16−16418−CMG
                        Chapter: 13
                        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Peter Kulas                                       Deborah Kulas
  1 Blue Spruce Ct                         1 Blue Spruce Ct
  Perrineville, NJ 08535−1310        Perrineville, NJ 08535−1310

Social Security No.:
  xxx−xx−2990                                  xxx−xx−8299

Employer's Tax I.D. No.:

**AMENDED NOTICE CORRECTING AN ADMINISTRATIVE ERROR**

    On 9/22/2016 a Application for Compensation was sent out by the Court which contained an administrative error.

    This notice hereby amends the notice to correct the following information:

Original incorrect information:
Time: 9:00am

Corrected to state:
Time: 12:00pm

    The amendment of this notice does not affect deadlines that have been previously set.


Dated: September 23, 2016
JJW: pbf

                                                                     James J. Waldron
                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                         Case No. 16-16418-CMG
Peter Kulas                                                                    Chapter 13
Deborah Kulas
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Sep 23, 2016
                              Form ID: 196             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2016.
db/jdb          Peter Kulas,   Deborah Kulas,   1 Blue Spruce Ct,   Perrineville, NJ 08535-1310
cr             +CAB East LLC, serviced by Ford Motor Credit Compan,   P.O. Box 62180,
                 Colorado Springs, CO 80962-2180
cr             +Central Mortgage Company,   Stern Lavinthal & Frankenberg, LLC,   105 Eisenhower Parkway,
                 Suite 302,   Roseland, NJ 07068-1640
intp           +Monmouth County Sheriff's Office,   Monmouth County Counsel's Office,
                 Hall of Records, Room 236,   One East Main Street,   Freehold, NJ 07728,
                 UNITED STATES 07728-2278
516137075      +Bank of America,   Prober & Raphael,   20750 Ventura Blvd., Ste. 100,
                 Woodland Hills, CA 91364-6207
516316097       Bank of America, N.A.,   PO BOX 31785,   Tampa, FL. 33631-3785
516218474      +CAB East LLC, serviced by Ford Motor Credit Co LLC,   P.O. Box 62180,
                 Colorado Springs, CO 80962-2180
516100387       Ford Motor Credit,   PO Box 542000,   Omaha, NE 68154-8000
516100389       New Jersy Division of Taxation,   50 Barrack St Fl 1,   Trenton, NJ 08608-2006
516109407      ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State Of New Jersey,   Division Of Taxation,   Bankruptcy Section,
                 PO Box 245,   Trenton, NJ 08695-0245)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 23 2016 23:48:51     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 23 2016 23:48:44     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
lm              E-mail/Text: bankruptcy@arvest.com Sep 23 2016 23:49:03     Central Mortgage Company,
                 PO Box 8025,   Little Rock, AR 72203-8025
516100386      +E-mail/Text: bankruptcy@arvest.com Sep 23 2016 23:49:03     Central Mortgage,
                 801 John Barrow Rd Ste 1,   Little Rock, AR 72205-6511
516155359      +E-mail/Text: bankruptcy@arvest.com Sep 23 2016 23:49:03     Central Mortgage Company,
                 801 John Barrow, Suite 1,   Little Rock, AR 72205-6511
516100388       E-mail/Text: cio.bncmail@irs.gov Sep 23 2016 23:48:20     IRS,   PO Box 7317,
                 Philadelphia, PA 19101-7317
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516159683*      IRS,   POB 7346,   Philadelphia, PA 19101-7346
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2016 at the address(es) listed below:
              Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo    docs@russotrustee.com
              Andrea I. Bazer    on behalf of Interested Party    Monmouth County Sheriff's Office
               abazer@co.monmouth.nj.us
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com

```
District/off: 0312-3          User: admin              Page 2 of 2                Date Rcvd: Sep 23, 2016
                              Form ID: 196             Total Noticed: 16


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Edward   Hanratty    on behalf of Joint Debtor Deborah  Kulas thanratty@tomeslawfirm.com,
               ftomes@tomeslawfirm.com;G17018@notify.cincompass.com
              Edward   Hanratty    on behalf of Debtor Peter  Kulas thanratty@tomeslawfirm.com,
               ftomes@tomeslawfirm.com;G17018@notify.cincompass.com
              Jeanette F. Frankenberg    on behalf of Creditor   Central Mortgage Company cmecf@sternlav.com
              John R. Morton, Jr.    on behalf of Creditor   CAB East LLC, serviced by Ford Motor Credit Company
               LLC mortonlaw.bcraig@verizon.net,  donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Warren S. Jones, Jr.    on behalf of Creditor   Bank  of  America,  N.A. wsjonesesq@verizon.net,
               bestcasewsj@gmail.com
                                                                                             TOTAL: 9
```