## State of New Jersey

| | | |
|---|---|---|
| CHRIS CHRISTIE<br>*Governor*<br><br>KIM GUADAGNO<br>*Lt. Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO Box 106<br>TRENTON, NJ 08625-0106 | CHRISTOPHER PORRINO<br>*Attorney General*<br><br>MICHELLE L. MILLER<br>*Acting Director* |

October 17, 2016

*VIA ECF*

Honorable Christine M. Gravelle, U.S.B.J.
United States Bankruptcy Court
402 East State Street
Trenton, NJ 08608

      Re: Peter and Deborah Kulas, Debtors
          Case No. 16-16418-CMG
          Chapter 13 – Hearing Date: November 2, 2016

Dear Judge Gravelle:

      Please accept this letter in lieu of a more formal response on behalf of the New Jersey Division of Taxation ("Taxation") in opposition to the Debtor's Chapter 13 Plan.

      Unless a claim holder agrees otherwise, a Chapter 13 Plan must provide for the payment in full of all claims entitled to priority status. 11 U.S.C. § 1322(a)(2). However, the Debtors' Plan does not provide for payment of Taxation's Priority Claim Proof of Claim in the amount of $1,537.30. For this reason, Taxation respectfully contends that Debtor's Chapter 13 Plan should not be confirmed.

      Thank you for your consideration of this opposition.

                           Respectfully submitted,

                           CHRISTOPHER S. PORRINO
                           ATTORNEY GENERAL OF NEW JERSEY



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 984-8150 • FAX: (609) 984-2523
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

By: /s/ **Paul V. Buonaguro**
      Paul V. Buonaguro
      Deputy Attorney General

c: Edward Hanratty, Esq.
   Albert Russo, Trustee