UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Edward Hanratty, Esq.
Tomes & Hanratty, P.C.
1 West Main Street, 3rd Floor
Freehold, NJ 07728
(732) 333-0681

Order Filed on October 20, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Peter and Deborah Kulas

Case No.: 16-16418

Chapter: 13

Judge: CMG

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 20, 2016**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Edward Hanratty_____, the applicant, is allowed a fee of $ _____2,151.00_____ for services rendered and expenses in the amount of $_____66.63_____ for a total of $_____2,217.63_____ . The allowance shall be payable:

    ☑    through the Chapter 13 plan as an administrative priority.

    ❏    outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*