Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−16418−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Peter Kulas | Deborah Kulas |
| 1 Blue Spruce Ct | 1 Blue Spruce Ct |
| Perrineville, NJ 08535−1310 | Perrineville, NJ 08535−1310 |

Social Security No.:
xxx−xx−2990                                                     xxx−xx−8299

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 4/18/2016 and a confirmation hearing on such Plan has been scheduled for 02/1/2017.

The debtor filed a Modified Plan on 01/04/2016 and a confirmation hearing on the Modified Plan is scheduled for 2/15/2017@10:00 A.M.. Accordingly, notice is hereby given that,

1.  Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.  Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.  The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: January 5, 2017
JJW: vpm

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Peter Kulas  
Deborah Kulas  
    Debtors

Case No. 16-16418-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Jan 05, 2017  
                       Form ID: 186     Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2017.

```
db/jdb           Peter Kulas,   Deborah Kulas,   1 Blue Spruce Ct,   Perrineville, NJ  08535-1310
aty             +Andrea I. Bazer,   County of Monmouth,   Hall of Records,   One East Main Street,
                  Freehold, NJ  07728-2278
cr              +CAB East LLC, serviced by Ford Motor Credit Compan,   P.O. Box 62180,
                  Colorado Springs, CO 80962-2180
cr              +Central Mortgage Company,   Stern Lavinthal & Frankenberg, LLC,   105 Eisenhower Parkway,
                  Suite 302,   Roseland, NJ 07068-1640
cr              +Division of Taxation, State of New Jersey,   P.O. Box 245,   Trenton, NJ 08695-0245
intp            +Monmouth County Sheriff's Office,   Monmouth County Counsel's Office,
                  Hall of Records, Room 236,   One East Main Street,   Freehold, NJ  07728,
                  UNITED STATES 07728-2278
516137075       +Bank of America,   Prober & Raphael,   20750 Ventura Blvd., Ste. 100,
                  Woodland Hills, CA 91364-6207
516316097        Bank of America, N.A.,   PO BOX 31785,   Tampa, FL. 33631-3785
516218474       +CAB East LLC, serviced by Ford Motor Credit Co LLC,   P.O. Box 62180,
                  Colorado Springs, CO 80962-2180
516100387        Ford Motor Credit,   PO Box 542000,   Omaha, NE  68154-8000
516100389        New Jersy Division of Taxation,   50 Barrack St Fl 1,   Trenton, NJ  08608-2006
516109407      ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court: State Of New Jersey,   Division Of Taxation,   Bankruptcy Section,
                  PO Box 245,   Trenton, NJ 08695-0245)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jan 05 2017 23:49:24     U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 05 2017 23:49:21     United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
lm               E-mail/Text: bankruptcy@arvest.com Jan 05 2017 23:49:34     Central Mortgage Company,
                  PO Box 8025,   Little Rock, AR  72203-8025
516100386       +E-mail/Text: bankruptcy@arvest.com Jan 05 2017 23:49:34     Central Mortgage,
                  801 John Barrow Rd Ste 1,   Little Rock, AR 72205-6511
516155359       +E-mail/Text: bankruptcy@arvest.com Jan 05 2017 23:49:34     Central Mortgage Company,
                  801 John Barrow, Suite 1,   Little Rock, AR 72205-6511
516100388        E-mail/Text: cio.bncmail@irs.gov Jan 05 2017 23:49:01     IRS,   PO Box 7317,
                  Philadelphia, PA  19101-7317
                                                                                               TOTAL: 6
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Bank  of  America,  N.A.
516159683*       IRS,   POB 7346,   Philadelphia, PA  19101-7346
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2017                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jan 05, 2017
                              Form ID: 186             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 5, 2017 at the address(es) listed below:

          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Edward   Hanratty    on behalf of Joint Debtor Deborah   Kulas thanratty@tomeslawfirm.com,
           ftomes@tomeslawfirm.com;G17018@notify.cincompass.com;chamaryg@tomeslawfirm.com;abby@tomeslawfirm.
           com;GenovieveC@tomeslawfirm.com
          Edward   Hanratty    on behalf of Debtor Peter   Kulas thanratty@tomeslawfirm.com,
           ftomes@tomeslawfirm.com;G17018@notify.cincompass.com;chamaryg@tomeslawfirm.com;abby@tomeslawfirm.
           com;GenovieveC@tomeslawfirm.com
          Jeanette F. Frankenberg    on behalf of Creditor    Central Mortgage Company cmecf@sternlav.com
          John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
           LLC mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
          Paul V. Buonaguro    on behalf of Creditor    Division of Taxation, State of New Jersey
           paul.buonaguro@dol.lps.state.nj.us

                                                                                         TOTAL: 8

Case 16-16418-CMG    Doc 81    Filed 01/07/17    Entered 01/08/17 00:36:32    Desc Imaged
Certificate of Notice    Page 3 of 3