Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                      Case No.:  16−16418−CMG
                                      Chapter:  13
                                      Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Peter Kulas                                       Deborah Kulas
   1 Blue Spruce Ct                           1 Blue Spruce Ct
   Perrineville, NJ 08535−1310         Perrineville, NJ 08535−1310

Social Security No.:
   xxx−xx−2990                                    xxx−xx−8299

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on March 3, 2017.

    On 3/20/2017 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:                 April 19, 2017
Time:               10:00 AM
Location:         Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 21, 2017
JAN: vpm

                                                                               Jeanne Naughton
                                                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-16418-CMG
Peter Kulas                                                           Chapter 13
Deborah Kulas
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2             Date Rcvd: Mar 21, 2017
                              Form ID: 185             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2017.
```
db/jdb         Peter Kulas,   Deborah Kulas,   1 Blue Spruce Ct,   Perrineville, NJ  08535-1310
aty           +Andrea I. Bazer,   County of Monmouth,   Hall of Records,   One East Main Street,
                Freehold, NJ 07728-2278
cr            +CAB East LLC, serviced by Ford Motor Credit Compan,   P.O. Box 62180,
                Colorado Springs, CO 80962-2180
cr            +Central Mortgage Company,   Stern Lavinthal & Frankenberg, LLC,   105 Eisenhower Parkway,
                Suite 302,   Roseland, NJ 07068-1640
cr            +Division of Taxation, State of New Jersey,   P.O. Box 245,   Trenton, NJ 08695-0245
intp          +Monmouth County Sheriff's Office,   Monmouth County Counsel's Office,
                Hall of Records, Room 236,   One East Main Street,   Freehold, NJ  07728,
                UNITED STATES 07728-2278
516137075     +Bank of America,   Prober & Raphael,   20750 Ventura Blvd., Ste. 100,
                Woodland Hills, CA 91364-6207
516316097      Bank of America, N.A.,   PO BOX 31785,   Tampa, FL. 33631-3785
516218474     +CAB East LLC, serviced by Ford Motor Credit Co LLC,   P.O. Box 62180,
                Colorado Springs, CO 80962-2180
516100387      Ford Motor Credit,   PO Box 542000,   Omaha, NE  68154-8000
516100389      New Jersy Division of Taxation,   50 Barrack St Fl 1,   Trenton, NJ  08608-2006
516109407    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State Of New Jersey,   Division Of Taxation,   Bankruptcy Section,
                PO Box 245,   Trenton, NJ 08695-0245)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 22 2017 00:40:14     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 22 2017 00:40:11     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
lm             E-mail/Text: bankruptcy@arvest.com Mar 22 2017 00:40:23     Central Mortgage Company,
                PO Box 8025,   Little Rock, AR  72203-8025
516100386     +E-mail/Text: bankruptcy@arvest.com Mar 22 2017 00:40:23     Central Mortgage,
                801 John Barrow Rd Ste 1,   Little Rock, AR 72205-6511
516155359     +E-mail/Text: bankruptcy@arvest.com Mar 22 2017 00:40:23     Central Mortgage Company,
                801 John Barrow, Suite 1,   Little Rock, AR 72205-6511
516100388      E-mail/Text: cio.bncmail@irs.gov Mar 22 2017 00:39:43     IRS,   PO Box 7317,
                Philadelphia, PA  19101-7317
                                                                                              TOTAL: 6
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank  of  America,  N.A.
lm*             Central Mortgage Company,   Po Box 8025,   Little Rock, AR  72203-8025
516159683*      IRS,   POB 7346,   Philadelphia, PA  19101-7346
                                                                                   TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Mar 21, 2017
                              Form ID: 185             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2017 at the address(es) listed below:

        Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
        Albert   Russo    docs@russotrustee.com
        Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Edward   Hanratty    on behalf of Joint Debtor Deborah   Kulas thanratty@tomeslawfirm.com, ftomes@tomeslawfirm.com;G17018@notify.cincompass.com;chamaryg@tomeslawfirm.com;abby@tomeslawfirm.com;GenovieveC@tomeslawfirm.com
        Edward   Hanratty    on behalf of Debtor Peter   Kulas thanratty@tomeslawfirm.com, ftomes@tomeslawfirm.com;G17018@notify.cincompass.com;chamaryg@tomeslawfirm.com;abby@tomeslawfirm.com;GenovieveC@tomeslawfirm.com
        Jeanette F. Frankenberg    on behalf of Creditor    Central Mortgage Company cmecf@sternlav.com
        John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company LLC mortonlaw.bcraig@verizon.net,  donnal@mortoncraig.com;mhazlett@mortoncraig.com
        Paul V. Buonaguro    on behalf of Creditor    Division of Taxation, State of New Jersey paul.buonaguro@dol.lps.state.nj.us

                                                                                            TOTAL: 8

Case 16-16418-CMG    Doc 102    Filed 03/23/17    Entered 03/24/17 00:38:57    Desc
Imaged Certificate of Notice    Page 3 of 3