Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  16–16418–CMG
        Chapter:  13
        Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Peter Kulas                                       Deborah Kulas
  1 Blue Spruce Ct                          1 Blue Spruce Ct
  Perrineville, NJ 08535–1310        Perrineville, NJ 08535–1310

Social Security No.:
  xxx–xx–2990                                  xxx–xx–8299

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 5/3/17 at 09:00 AM

to consider and act upon the following:

*101* – Application for Extension of Loss Mitigation Period. Filed by Edward Hanratty on behalf of Deborah Kulas. Objection deadline is 3/27/2017. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Hanratty, Edward)

Dated: 4/12/17

                                                              Jeanne Naughton
                                                              Clerk, U.S. Bankruptcy Court