Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                                Case No.:  16−16418−CMG
                                                Chapter:  13
                                                Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Peter Kulas                                          Deborah Kulas
   1 Blue Spruce Ct                           1 Blue Spruce Ct
   Perrineville, NJ 08535−1310           Perrineville, NJ 08535−1310

Social Security No.:
   xxx−xx−2990                                   xxx−xx−8299

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 5/3/17 at 09:00 AM

to consider and act upon the following:

*101* − Application for Extension of Loss Mitigation Period. Filed by Edward Hanratty on behalf of Deborah Kulas. Objection deadline is 3/27/2017. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Hanratty, Edward)


Dated: 4/12/17

                                                                              Jeanne Naughton
                                                                              Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Peter Kulas  
Deborah Kulas  
    Debtors

Case No. 16-16418-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 12, 2017  
                      Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2017.  
db            Peter Kulas,    1 Blue Spruce Ct,    Perrineville, NJ   08535-1310

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2017 at the address(es) listed below:  
           Albert   Russo    docs@russotrustee.com  
           Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com  
           Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,  
            bkgroup@kmllawgroup.com  
           Edward   Hanratty    on behalf of Joint Debtor Deborah  Kulas thanratty@tomeslawfirm.com,  
            ftomes@tomeslawfirm.com;G17018@notify.cincompass.com;chamaryg@tomeslawfirm.com;abby@tomeslawfirm.com;GenovieveC@tomeslawfirm.com  
           Edward   Hanratty    on behalf of Debtor Peter  Kulas thanratty@tomeslawfirm.com,  
            ftomes@tomeslawfirm.com;G17018@notify.cincompass.com;chamaryg@tomeslawfirm.com;abby@tomeslawfirm.com;GenovieveC@tomeslawfirm.com  
           Jeanette F. Frankenberg    on behalf of Creditor    Central Mortgage Company cmecf@sternlav.com  
           John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company LLC mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com  
           Michael D Fitzgerald, I    on behalf of Interested Party    Monmouth County Sheriff's Office michael.fitzgerald@co.monmouth.nj.us  
           Paul V. Buonaguro    on behalf of Creditor    Division of Taxation, State of New Jersey paul.buonaguro@dol.lps.state.nj.us  
                                                                                 TOTAL: 9