| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Stern, Lavinthal & Frankenberg, LLC<br>105 Eisenhower Parkway, Suite 302<br>Roseland, New Jersey 07068-0490<br>Telephone Number (973) 797-1100<br>Facsimile Number (973) 228-2679<br>*Attorneys for Creditor,* Arvest Central Mortgage Company<br><br>By: Jeanette F. Frankenberg, Esq. | **Order Filed on August 9, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Peter Kulas<br><br>Deborah Kulas<br><br><br>          Debtor(s) | Chapter 13<br><br>Case No.: 16-16418-CMG<br><br>Hearing date:<br><br>Judge: Christine M. Gravelle |

**ORDER VACATING AUTOMATIC STAY AS TO
REAL PROPERTY TO ARVEST CENTRAL MORTGAGE COMPANY**

      The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: August 9, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: Peter Kulas and Deborah Kulas
Case No.: 16-16418-CMG
Caption of Order: **Order Vacating Automatic Stay**

Upon the Motion of Arvest Central Mortgage Company**,** on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or Movant), under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown,

ORDERED as follows:

1. The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the movant its successors and/or assigns to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant upon the following:

- Land and premises commonly known as 1 Blue Spruce Court, Millstone Township, New Jersey  08535

2. The movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor, any trustee and other party who entered an appearance on the motion.

Movant may pursue any and all loss mitigation options with respect to the Debtor(s) or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure