UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Edward Hanratty
Edward Hanratty
1 West Main St.
Freehold, NJ 07728
732-333-0681
Email: thanratty@tomeslawfirm.com

**Order Filed on August 23, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Peter Kulas and Deborah Kulas

Case No.: 16-16418-CMG

Chapter: 13

Judge: Gravelle

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: August 23, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

After review of the application of __Edward Hanratty on behalf of Debtor__ for the reduction of time for a hearing on __Motion To Reinstate Stay as to Creditor, Arvest__ _____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __September 6, 2017__ at __9:00am__ in the United States Bankruptcy Court, __402 East State Street Trenton New Jersey 08608__, Courtroom No. __3__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: __All Interested Parties and Chapter 13 Trustee__

by ☒ each, ☐ any of the following methods selected by the Court:

☒ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to __All Interested Parties and Chapter 13 Trustee__

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8.  ☒ Court appearances are required to prosecute the motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 16-16418-CMG
Peter Kulas                                                                   Chapter 13
Deborah Kulas
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Aug 23, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2017.
db/jdb         Peter Kulas,    Deborah Kulas,    1 Blue Spruce Ct,    Perrineville, NJ   08535-1310

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2017                                     Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Edward   Hanratty    on behalf of Joint Debtor Deborah  Kulas thanratty@tomeslawfirm.com,
               ftomes@tomeslawfirm.com;G17018@notify.cincompass.com;abby@tomeslawfirm.com
              Edward   Hanratty    on behalf of Debtor Peter  Kulas thanratty@tomeslawfirm.com,
               ftomes@tomeslawfirm.com;G17018@notify.cincompass.com;abby@tomeslawfirm.com
              Jeanette F. Frankenberg    on behalf of Creditor    Central Mortgage Company cmecf@sternlav.com
              John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
               LLC ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
              Michael D Fitzgerald, I    on behalf of Interested Party    Monmouth County Sheriff's Office
               michael.fitzgerald@co.monmouth.nj.us
                                                                                             TOTAL: 8