Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−16418−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Peter Kulas
1 Blue Spruce Ct
Perrineville, NJ 08535−1310

Deborah Kulas
1 Blue Spruce Ct
Perrineville, NJ 08535−1310

Social Security No.:
xxx−xx−2990
xxx−xx−8299

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:     3/7/18
Time:     12:00 PM
Location: Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Edaward Hanratty

COMMISSION OR FEES
$1,356.00

EXPENSES
$0

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: February 1, 2018
JAN: amg

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                     Case No. 16-16418-CMG
Peter Kulas                                                                Chapter 13
Deborah Kulas
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 2          Date Rcvd: Feb 01, 2018
                              Form ID: 137              Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2018.
```
db/jdb         Peter Kulas,    Deborah Kulas,    1 Blue Spruce Ct,    Perrineville, NJ  08535-1310
aty            Paul V. Buonaguro,    Division of Law,    RJ Hughes Justice Complex,    25 Market St,,
                PO Box 106,    Trenton, NJ  08625-0106
cr            +CAB East LLC, serviced by Ford Motor Credit Compan,    P.O. Box 62180,
                Colorado Springs, CO 80962-2180
cr            +Central Mortgage Company,    Stern Lavinthal & Frankenberg, LLC,    105 Eisenhower Parkway,
                Suite 302,    Roseland, NJ 07068-1640
cr            +Division of Taxation, State of New Jersey,    P.O. Box 245,    Trenton, NJ 08695-0245
intp          +Monmouth County Sheriff's Office,    Monmouth County Counsel's Office,
                Hall of Records, Room 236,    One East Main Street,    Freehold, NJ  07728,
                UNITED STATES 07728-2278
516137075     +Bank of America,    Prober & Raphael,    20750 Ventura Blvd., Ste. 100,
                Woodland Hills, CA 91364-6207
516316097      Bank of America, N.A.,    PO BOX 31785,    Tampa, FL. 33631-3785
516218474     +CAB East LLC, serviced by Ford Motor Credit Co LLC,    P.O. Box 62180,
                Colorado Springs, CO 80962-2180
516100387      Ford Motor Credit,    PO Box 542000,    Omaha, NE  68154-8000
516100389      New Jersy Division of Taxation,    50 Barrack St Fl 1,    Trenton, NJ  08608-2006
516109407    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State Of New Jersey,    Division Of Taxation,    Bankruptcy Section,
                PO Box 245,    Trenton, NJ 08695-0245)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 02 2018 02:10:24     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 02 2018 02:10:20     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
lm             E-mail/Text: bankruptcy@arvest.com Feb 02 2018 02:10:44     Central Mortgage Company,
                PO Box 8025,    Little Rock, AR  72203-8025
516100386     +E-mail/Text: bankruptcy@arvest.com Feb 02 2018 02:10:44     Central Mortgage,
                801 John Barrow Rd Ste 1,    Little Rock, AR 72205-6511
516155359     +E-mail/Text: bankruptcy@arvest.com Feb 02 2018 02:10:44     Central Mortgage Company,
                801 John Barrow, Suite 1,    Little Rock, AR 72205-6511
516100388      E-mail/Text: cio.bncmail@irs.gov Feb 02 2018 02:09:55     IRS,    PO Box 7317,
                Philadelphia, PA  19101-7317
                                                                                              TOTAL: 6
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Bank  of  America,  N.A.
lm*            Central Mortgage Company,    Po Box 8025,    Little Rock, AR  72203-8025
516159683*     IRS,    POB 7346,    Philadelphia, PA  19101-7346
                                                                                   TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Feb 01, 2018
                              Form ID: 137             Total Noticed: 18


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2018 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Edward   Hanratty    on behalf of Joint Debtor Deborah   Kulas thanratty@tomeslawfirm.com,
               ftomes@tomeslawfirm.com;G17018@notify.cincompass.com;abby@tomeslawfirm.com
              Edward   Hanratty    on behalf of Debtor Peter   Kulas thanratty@tomeslawfirm.com,
               ftomes@tomeslawfirm.com;G17018@notify.cincompass.com;abby@tomeslawfirm.com
              Jeanette F. Frankenberg    on behalf of Creditor    Central Mortgage Company cmecf@sternlav.com
              John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
               LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Michael D Fitzgerald, I    on behalf of Interested Party    Monmouth County Sheriff's Office
               michael.fitzgerald@co.monmouth.nj.us
                                                                                              TOTAL: 8
```