UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

TOMES & HANRATTY P.C.
1 West Main St.
Freehold, NJ 07728
732-333-0681

Order Filed on March 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re: Peter & Deborah Kulas

Case No.: 16-16418

Chapter: 13

Judge: CMG

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 13, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Edaward Hanratty_____, the applicant, is allowed a fee of $ \_\_\_\_\_1,356.00\_\_\_\_\_ for services rendered and expenses in the amount of $_____0_____ for a total of $_____1,356.00\_\_\_\_\_ . The allowance shall be payable:

☑  through the Chapter 13 plan as an administrative priority.

☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*