Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                              Case No.: 16−16418−CMG
                              Chapter: 13
                              Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Peter Kulas                                           Deborah Kulas
   1 Blue Spruce Ct                              1 Blue Spruce Ct
   Perrineville, NJ 08535−1310             Perrineville, NJ 08535−1310

Social Security No.:
   xxx−xx−2990                                    xxx−xx−8299

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on October 17, 2018.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 17, 2018
JAN: bwj

                                                                        Jeanne Naughton
                                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-16418-CMG
Peter Kulas                                                           Chapter 13
Deborah Kulas
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Oct 17, 2018
                              Form ID: 148             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2018.
db/jdb         #Peter Kulas,    Deborah Kulas,    1 Blue Spruce Ct,    Perrineville, NJ  08535-1310
aty             Paul V. Buonaguro,    Division of Law,    RJ Hughes Justice Complex,    25 Market St,,
                 PO Box 106,    Trenton, NJ  08625-0106
cr             +CAB East LLC, serviced by Ford Motor Credit Compan,    P.O. Box 62180,
                 Colorado Springs, CO 80962-2180
cr             +Central Mortgage Company,    Stern Lavinthal & Frankenberg, LLC,    105 Eisenhower Parkway,
                 Suite 302,    Roseland, NJ 07068-1640
cr             +Division of Taxation, State of New Jersey,    P.O. Box 245,    Trenton, NJ 08695-0245
intp           +Monmouth County Sheriff's Office,    Monmouth County Counsel's Office,
                 Hall of Records, Room 236,    One East Main Street,    Freehold, NJ  07728,
                 UNITED STATES 07728-2278
516137075      +Bank of America,    Prober & Raphael,    20750 Ventura Blvd., Ste. 100,
                 Woodland Hills, CA 91364-6207
516218474      +CAB East LLC, serviced by Ford Motor Credit Co LLC,    P.O. Box 62180,
                 Colorado Springs, CO 80962-2180
516100389       New Jersy Division of Taxation,    50 Barrack St Fl 1,    Trenton, NJ  08608-2006
516109407     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State Of New Jersey,    Division Of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 18 2018 00:47:14     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 18 2018 00:47:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
lm              E-mail/Text: bankruptcy@arvest.com Oct 18 2018 00:47:23     Central Mortgage Company,
                 PO Box 8025,    Little Rock, AR  72203-8025
516316097       EDI: BANKAMER.COM Oct 18 2018 03:58:00      Bank of America, N.A.,    PO BOX 31785,
                 Tampa, FL. 33631-3785
516100386      +E-mail/Text: bankruptcy@arvest.com Oct 18 2018 00:47:23     Central Mortgage,
                 801 John Barrow Rd Ste 1,    Little Rock, AR 72205-6511
516155359      +E-mail/Text: bankruptcy@arvest.com Oct 18 2018 00:47:23     Central Mortgage Company,
                 801 John Barrow, Suite 1,    Little Rock, AR 72205-6511
517595940       EDI: FORD.COM Oct 18 2018 03:58:00      FORD MOTOR CREDIT COMPANY LLC,    DEPT. 55953,
                 PO BOX 55000,    DETROIT, MI. 48255-0953
517597366       EDI: FORD.COM Oct 18 2018 03:58:00      Ford Motor Credit Company, LLC,    POB 62180,
                 Colorado Springs, CO 80962
516100387       EDI: FORD.COM Oct 18 2018 03:58:00      Ford Motor Credit,    PO Box 542000,
                 Omaha, NE  68154-8000
516100388       EDI: IRS.COM Oct 18 2018 03:58:00     IRS,    PO Box 7317,    Philadelphia, PA  19101-7317
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank  of  America,  N.A.
lm*             Central Mortgage Company,    Po Box 8025,    Little Rock, AR  72203-8025
516159683*      IRS,    POB 7346,    Philadelphia, PA  19101-7346
                                                                                    TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 2 of 2                  Date Rcvd: Oct 17, 2018
                              Form ID: 148               Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2018 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Edward   Hanratty    on behalf of Joint Debtor Deborah   Kulas thanratty@tomeslawfirm.com,
               ftomes@tomeslawfirm.com;G17018@notify.cincompass.com;abby@tomeslawfirm.com;arely@tomeslawfirm.com
              Edward   Hanratty    on behalf of Debtor Peter   Kulas thanratty@tomeslawfirm.com,
               ftomes@tomeslawfirm.com;G17018@notify.cincompass.com;abby@tomeslawfirm.com;arely@tomeslawfirm.com
              Jeanette F. Frankenberg    on behalf of Creditor    Central Mortgage Company cmecf@sternlav.com
              John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
               LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Michael D Fitzgerald, I    on behalf of Interested Party    Monmouth County Sheriff's Office
               michael.fitzgerald@co.monmouth.nj.us
                                                                                             TOTAL: 8
```